IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WM CAPITAL PARTNERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0266-WS-B |
| | ) |
| BIG DAWG SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the plaintiff's motion for default judgment. (Doc. 16). By previous order, the Court ruled that the plaintiff is entitled to judgment against the defendants in the requested amount of $86,139.27 but that, before the plaintiff's motion may be granted or judgment entered, the plaintiff must comply with 50 U.S.C. app. § 521. (Doc. 19). The plaintiff has now done so. (Doc. 20).

Accordingly, and for the reasons set forth in the Court's previous order, the motion for default judgment is **granted**. Judgment shall be entered by separate order.

DONE and ORDERED this 21st day of October, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE