IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WM CAPITAL PARTNERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0266-WS-B |
| | ) |
| BIG DAWG SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the orders of Court dated October 7 and 21, 2013, the plaintiff shall have and recover of the defendants the sum of $86,139.27. Judgment is hereby entered in favor of plaintiff WM Capital Partners, LLC and against defendants Big Dawg Services, Inc., Scott Winters, and Robert Akridge.

DONE this 21st day of October, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE